AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| DOUGLAS NORRIS | ) | Case No. |
| | ) | 17-mj-1077-DLC |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __June 20, 2017__ in the county of __Plymouth__ in the
_____ District of __Massachusetts__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 922(g)(1) <br> 21 USC 841(a)(1) | in that the defendant did knowingly possess, in and affecting commerce, a firearm, to wit, a Smith & Wesson, model 6906, 9mm pistol bearing serial number VZC1429, after having previously been convicted in a court of a crime punishable by a term of imprisonment exceeding one year, and did knowingly and intentionally possess, with the intent to distribute, cocaine, a Schedule II controlled substance. |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Sheila O'Hara, Special Agent, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 07/17/2017

*Judge's signature*

City and state: Boston, Massachuse[tts]    DONALD L. CABELL, U.S. MAGISTRATE JUDGE
*Printed name and title*