# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## WRIT OF HABEAS CORPUS

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of his deputies,

and to the : Superintendent of the Plymouth County HOC

YOU ARE COMMANDED to have the body of **DOUGLAS NORRIS   YOB: 1979** now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse, 1 Courthouse Way, Courtroom No. **23**, on the **7th** floor, Boston, Massachusetts on **7/26/17**, at **2:45 PM** for the purpose of **Initial Appearance** in the case of **USA** V. **DOUGLAS NORRIS**. Docket Number **17-mj-1077-DLC**.

And you are to retain the body of said **DOUGLAS NORRIS** while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said **DOUGLAS NORRIS** to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated this **24th** day of **July, 2017**.



ROBERT FARRELL
CLERK OF COURT

By: /s/ Noreen A. Russo
Noreen A. Russo, Deputy Clerk
to the Honorable Donald L. Cabell